# NO. 12-19-00300-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE: JOHN DOGGETT, M.D.,* | § | |
| *INDEPENDENT EXECUTOR OF THE* | | |
| *ESTATE OF JERRY LLOYD* | § | *ORIGINAL PROCEEDING* |
| *DOGGETT,* | | |
| *RELATOR* | § | |

*MEMORANDUM OPINION*
*PER CURIAM*

Relator, John Doggett, M.D., independent executor of the Estate of Jerry Lloyd Doggett, filed this original proceeding seeking a writ of mandamus directing Respondent to vacate an order signed on March 7, 2019. Because Respondent signed the order outside her plenary power and the order materially changed substantive adjudicative portions of a 2016 judgment, on November 13, this Court conditionally granted Relator's petition and directed Respondent, the Honorable Janice Stone of the County Court at Law in Cherokee County, Texas, to vacate the 2019 order. *See* ***In re Doggett***, No. 12-19-00300-CV, 2019 WL 5956676 (Tex. App.—Tyler Nov. 13, 2019, orig. proceeding) (mem. op.). By an order signed on November 14, Respondent complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we dismiss Relator's petition for writ of mandamus as ***moot***.

Opinion delivered November 27, 2019.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 27, 2019**

**NO. 12-19-00300-CV**

**JOHN DOGGETT, M.D., INDEPENDENT EXECUTOR
OF THE ESTATE OF JERRY LLOYD DOGGETT,**
Relator
V.

**HON. JANICE STONE,**
Respondent

**ORIGINAL PROCEEDING**

ON THIS DAY came to be heard the petition for writ of mandamus filed by John Doggett, M.D., Independent Executor of the Estate of Jerry Lloyd Doggett; who is the relator in appellate cause number 12-19-00300-CV and a party in trial court cause number 10698, pending on the docket of the County Court at Law of Cherokee County, Texas. Said petition for writ of mandamus having been filed herein on September 4, 2019, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*